IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 10 A 10: 42

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| NETKEY, INC., a Delaware Corporation, | CASE NUMBER: 3:00 CV 1364 (AVC) |
| Plaintiff, | |
| vs. | |
| NETSHIFT SOFTWARE, LTD., AUTOMOBILE CLUB OF HARTFORD, MONTEGONET, LLC, | |
| Defendants/Counter-Claimants. | November 7, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE *MARKMAN* BRIEF**

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending by nine (9) days, to through and including Thursday, November 20, 2003, the deadline date for the filing of their *MARKMAN* BRIEF. As grounds, Defendants state as follows:

1. Defendants' above-referenced *Markman* Brief is due for filing with the Court by Tuesday, November 11, 2003.

2. Undersigned counsel for the Defendants has been in trial in Colorado the entire week of November 3-7, 2003, had to spend the entire previous week preparing for same, and therefore has not yet had sufficient opportunity to finish preparing Defendants' *Markman* brief.

3. Therefore, counsel for Defendants respectfully requests a short extension, i.e., by nine (9) days, of the November 11, 2003 deadline, to up through and including Thursday, November 20, 2003.

4. The requested extension is necessary because, under the circumstances, there is simply no realistic way that counsel for Defendants can complete and file the *Markman* Brief by the November 11, 2003 deadline.

5.  Defendants respectfully submit that no party will be prejudiced by this short extension, if granted, as a trial date has not yet been established. Moreover, the requested extension is not being requested for delay purposes.

6.  Undersigned counsel for Defendants has attempted to confer with Plaintiff's counsel, Gene S. Winter, about the subject matter of this motion, but was unsuccessful in reaching Mr. Winter before the filing of this Motion.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request an Order from this Court extending to up through and including Thursday, November 20, 2003, the deadline for filing their *MARKMAN* **BRIEF**.

**DATED** November 7, 2003.

Respectfully submitted,

COOKSEY & COOKSEY, P.A.

By _____
Michael G. Cooksey, Esq.
(Ct 21024)
1700 Broadway, Suite 1700
Denver, Colorado 80290
(303) 860-0101
ATTORNEYS FOR THE DEFENDANTS

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 7, 2003, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE *MARKMAN* BRIEF** was placed in the U.S. Mail, postage prepaid and addressed to:

Clerk of the U.S. District Court     (by Federal Express, Tracking No. 840767725924 )
 District of Connecticut
450 Main Street
Hartford, CT 06103

Gene S. Winter, Esq.
ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

Matthew J. Becker, Esq.
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, CT 06103-3499