IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 00 CV 1364(AVC) |
| v. | ) |
| | ) |
| NETSHIFT SOFTWARE, LTD. and | ) |
| AUTOMOBILE CLUB OF HARTFORD | ) |
| and MONTEGONET LLC, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

### NETKEY'S STIPULATED MOTION FOR EXTENSION

### TO FILE REPLY TO *MARKMAN* BRIEF

Netkey, Inc. requests an extension of time until December 8, 2003 to file its reply to Defendants' *Markman* Brief.

Defendants have consented to this motion.

The grounds of this motion are as follows:

1.  Defendants' brief was originally due November 11, 2003, and Defendants have requested an extension until November 20, 2003. Plaintiff has no objection to this requested extension.

2.  Plaintiff Netkey's reply was originally due November 21, 2003, and there is not sufficient time to file a reply if Defendants file their brief on November 20, 2003.

3.  Netkey, Inc. requests an extension of time to file its reply brief until

December 8, 2003.

    4.    Defendants' counsel has agreed to this extension request.

Respectfully submitted,

___17 Nov 03___       _____
Date      Gene S. Winter, ct05137
    Helen M. Limoncelli, ct24332
    St. Onge Steward Johnston & Reens LLC
    986 Bedford Street
    Stamford, Connecticut  06905-5619
    Telephone: (203) 324-6155

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing NETKEY'S STIPULATED REQUEST FOR EXTENSION TO FILE REPLY TO *MARKMAN* BRIEF is being served this 17th day of November 2003, via first class mail, postage prepaid to:

Matthew J. Becker
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael G. Cooksey, Esq.
Cooksey & Cooksey, P.A.
1700 Broadway, Suite 1700
Denver, Colorado 80290

Karen A. Moreno
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499

11/17/03
Date