IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 20 P 1: 26

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| NETKEY, INC.,<br>a Delaware Corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NETSHIFT SOFTWARE, LTD.,<br>AUTOMOBILE CLUB OF HARTFORD,<br>MONTEGONET, LLC,<br><br>　　　Defendants/Counter-Claimants. | CASE NUMBER: 3:00-CV-1364 (AVC)<br><br><br><br><br><br><br><br><br><br>November 19, 2003 |

**DEFENDANTS' MOTION FOR A SECOND
EXTENSION OF TIME TO FILE *MARKMAN* BRIEF**

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending by four (4) additional days, to through and including Monday, November 24, 2003, the deadline date for the filing of their ***MARKMAN* BRIEF**. As grounds, Defendants state as follows:

1. Defendants, in their initial *Motion for Extension of Time* (which is incorporated herein by reference), which was unopposed by Plaintiff Netkey, sought an extension of time to through and including Thursday, November 20, 2003 to file their *Markman* Brief. Defendants' *Markman* Brief was originally due for filing with the Court by Tuesday, November 11, 2003.

2. As Defendants' initial *Motion for Extension of Time* pointed out, undersigned counsel for the Defendants was in trial in Colorado the entire week of November 3-7, 2003, and had to spend the entire week previous to that preparing for same, depriving him of the time necessary to adequately research and prepare Defendants' *Markman* brief.

3. Undersigned counsel underestimated the time that it would be necessary after his trial to prepare the *Markman* Brief. Accordingly, undersigned counsel will need to request an additional extension of four (4) days, to through and including Monday, November 24, 2003, to finish preparing the *Markman* Brief. This underestimation is due, in part, to the fact that undersigned counsel will be in day-long depositions, today, November 19, 2003, and tomorrow, November 20, 2003, in another Colorado case, pending in state district court in Weld County, Colorado, and will not have time to wrap up the last few bits and pieces of the *Markman* Brief that need to be completed before it can be filed.

4. Therefore, counsel for Defendants respectfully requests a short extension, i.e., by four (4) additional days, i.e., up through and including Monday, November 24, 2003, to file the *Markman* Brief on behalf of the Defendants.

5. Defendants respectfully submit that no party will be prejudiced by this short additional extension, if granted, as a trial date has not yet been established. Moreover, the requested extension is not being requested for delay purposes.

6. Undersigned counsel for Defendants has attempted to confer with Plaintiff's counsel, Gene S. Winter, about the subject matter of this motion, before filing it, but was unsuccessful in reaching Mr. Winter in time.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request an Order from this Honorable Court extending to up through and including Monday, November 24, 2003, the deadline for filing their ***MARKMAN*** **BRIEF**.

**DATED** November 19, 2003.

Respectfully submitted,

**COOKSEY & COOKSEY, P.A.**

By _/s/ Michael G. Cooksey_
Michael G. Cooksey, Esq.
(Ct 21024)
1700 Broadway, Suite 1700
Denver, Colorado 80290
(303) 860-0101
ATTORNEYS FOR THE DEFENDANTS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2003, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE *MARKMAN* BRIEF** was placed in the U.S. Mail, postage prepaid and addressed to:

Clerk of the U.S. District Court          (by Federal Express, Tracking No. 840767725913)
District of Connecticut
450 Main Street
Hartford, CT 06103

Gene S. Winter, Esq.          (also by facsimile on November 19, 2003)
ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

Matthew J. Becker, Esq.
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, CT 06103-3499

_/s/ Michael G. Cooksey_

3