IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 20  P 1: 26
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| NETKEY, INC.,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NETSHIFT SOFTWARE, LTD.,<br>AUTOMOBILE CLUB OF HARTFORD,<br>MONTEGONET, LLC,<br><br>Defendants/Counter-Claimants. | CASE NUMBER: 3:00 CV 1364 (AVC)<br><br><br><br><br><br><br><br><br>November 19, 2003 |

### DEFENDANTS' MOTION FOR A SECOND
### EXTENSION OF TIME TO FILE *MARKMAN* BRIEF

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending by four (4) additional days, to through and including Monday, November 24, 2003, the deadline date for the filing of their *MARKMAN* BRIEF. As grounds, Defendants state as follows:

1. Defendants, in their initial *Motion for Extension of Time* (which is incorporated herein by reference), which was unopposed by Plaintiff Netkey, sought an extension of time to through and including Thursday, November 20, 2003 to file their *Markman* Brief. Defendants' *Markman* Brief was originally due for filing with the Court by Tuesday, November 11, 2003.

2. As Defendants' initial *Motion for Extension of Time* pointed out, undersigned counsel for the Defendants was in trial in Colorado the entire week of November 3-7, 2003, and had to spend the entire week previous to that preparing for same, depriving him of the time necessary to adequately research and prepare Defendants' *Markman* brief.

GRANTED.
Alfred V. Covello, U.S.D.J.
FILED
2003 NOV 24  P 3: 53
DISTRICT COURT
HARTFORD

November 21, 2003.
SO ORDERED.