IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NETKEY, INC.,<br>a Delaware Corporation, | ) | CASE NUMBER: 3:00 CV 1364 (AVC) |
| Plaintiff, | ) | |
| vs. | ) | |
| NETSHIFT SOFTWARE, LTD.,<br>AUTOMOBILE CLUB OF HARTFORD,<br>MONTEGONET, LLC, | ) | |
| Defendants/Counter-Claimants. | ) | November 7, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE *MARKMAN* BRIEF**

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending by nine (9) days, to through and including Thursday, November 20, 2003, the deadline date for the filing of their *MARKMAN* **BRIEF**. As grounds, Defendants state as follows:

1. Defendants' above-referenced *Markman* Brief is due for filing with the Court by Tuesday, November 11, 2003.

2. Undersigned counsel for the Defendants has been in trial in Colorado the entire week of November 3-7, 2003, had to spend the entire previous week preparing for same, and therefore has not yet had sufficient opportunity to finish preparing Defendants' *Markman* brief.

3. Therefore, counsel for Defendants respectfully requests a short extension, i.e., by nine (9) days, of the November 11, 2003 deadline, to up through and including Thursday, November 20, 2003.

4. The requested extension is necessary because, under the circumstances, there is simply no realistic way that counsel for Defendants can complete and file the *Markman* Brief by the November 11, 2003 deadline.



November 19, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.