

120

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC.<br><br>Plaintiff<br><br>v.<br><br>NETSHIFT SOFTWARE, LTD. and<br>AUTOMOBILE CLUB OF HARTFORD<br>and MONTEGONET LLC,<br><br>Defendants/Counter-Claimants. | ) <br> ) <br> ) <br> ) Civil Action No. 00 CV 1364(AVC)<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NETKEY'S STIPULATED MOTION FOR EXTENSION

### TO FILE REPLY TO *MARKMAN* BRIEF

Netkey, Inc. requests an extension of time until December 8, 2003 to file its reply to Defendants' *Markman* Brief.

Defendants have consented to this motion.

The grounds of this motion are as follows:

1.   Defendants' brief was originally due November 11, 2003, and Defendants have requested an extension until November 20, 2003. Plaintiff has no objection to this requested extension.

2.   Plaintiff Netkey's reply was originally due November 21, 2003, and

3:00CV1364(AVC). November 21, 2003. Having previously granted the relief requested within, see document no. 121, the motion for an extension of time is DENIED as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.