Page 1

ORIGINAL

1
2  UNITED STATES DISTRICT COURT
   DISTRICT OF CONNECTICUT : CASE# 3:00CV1364 (AVC)
3  - - - - - - - - - - - - - - - - - - - - - - -
4  NETKEY, INC.,
   a Delaware Corporation,
5
                        Plaintiff,
6
        -against-
7
   NETSHIFT SOFTWARE, LTD.,
8  AUTOMOBILE CLUB OF HARTFORD,
   MONTEGONET, L.L.C.,
9
                        Defendants/Counter-Claimants.
10 - - - - - - - - - - - - - - - - - - - - - - -
11       ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
               986 Bedford Street
12          Stamford, Connecticut 06905-5619
13               November 19, 2002
14                   10:00 A.M.
15
16
17
18      DEPOSITION OF FREDERICK SAYWARD, Ph.D. taken at
19 the above place, date and time, before Blase J.
20 Spinozzi, a Senior Court Reporter and Notary Public
21 within and for the State of New York.
22
23
24               SULLIVAN REPORTING
                 One North Broadway
25          White Plains, New York 10601

Sullivan Reporting

DEFENDANT'S EXHIBIT "B"

Page 92

1          - Frederick Sayward, Ph.D. -
2               What was the question again?  Conceal
3   things that never existed?
4        Q.     No.  By your definition would masking
5   include concealing browser controls which never
6   existed?
7        A.     Oh, I'm sorry.  I didn't understand the
8   question.
9               Yes, you could say that.
10       Q.     Okay.  I don't mean to be silly here,
11  but you know the Lone Ranger, right?
12       A.     The Lone Ranger?
13       Q.     You remember the old character, the
14  Lone Ranger?
15       A.     Yes.
16       Q.     He had a mask, right?
17       A.     Yes.
18       Q.     And that prevented you from seeing his
19  face, right?  Masked his face?
20       A.     Right.
21       Q.     Do you know what the Headless Horseman
22  was?
23       A.     Is that in the "Legend of Sleepy Hollow"?
24       Q.     I'm just asking you --
25       A.     The "Headless Horseman"?

1        - Frederick Sayward, Ph.D. -

2   Q.    Right.

3   A.    No, I don't know who the "Headless

4   Horseman" is.

5   Q.    If the "Headless Horseman" would have

6   had a head but it wasn't there, was there any need to

7   mask?

8         Is that masking when you --

9   A.    (Laughter).

10  Q.    All right.  Let me ask you this.

11        MR. WINTER:  Basically, the answer to

12  that question was a chuckle, and we didn't

13  get an answer.  And we are around to a new

14  question.

15        Is that correct?

16        THE WITNESS:  I have not answered it.

17  I don't understand the question.

18  Q.    Okay.  Was it masking in the case of

19  the "Headless Horseman" when his head wasn't there?

20  A.    It could be.

21  Q.    Under your definition?

22  A.    Under anyone's definition.

23  Q.    Okay.  If I put a pen on the table and

24  cover it with a sheet of paper, is that masking?

25  A.    Yes, it is.

Page 94

- Frederick Sayward, Ph.D. -

Q. Okay. Now, if I take the pen away from there, and let's say that the pen should be there but it is not there?

A. Right.

Q. Is that masking as well --

A. Yes.

Q. -- under your definition?

A. Yes.

Q. So under your definition of masking, would not showing the start button be masking?

A. Yes, it would.

Q. How about the exit button?

A. What exit button?

Q. You don't know how to answer that question?

A. I don't know --

MR. WINTER: Hold it.

He asked you -- he was uncertain. He asked you what exit button. So there is an uncertainty.

Can you clarify exit button?

Q. How about NetShift's software?

A. What about it?

Q. The exit button on NetShift software,

1          - Frederick Sayward, Ph.D. -

2    do you know what the exit button is on NetShift

3    software, versions 5.0 and 5.5?

4         A.     No.

5         Q.     So you can't answer that question,

6    right?

7         A.     I don't recall there being an exit

8    button there.

9         Q.     Okay.  In general, would disabling

10   system functions be masking, as you have defined

11   it?

12        A.     Yes.

13             MR. WINTER:  Mike, I would like to

14        take a lunch break.  So why don't you sort

15        of head towards a place to break.

16             MR. COOKSEY:  I have one more

17        question and then we can break.   *

18        Q.     On page 4 of your May 24th report,

19   Dr. Sayward, let me have you find this quote.

20             You say, "NetShift Release 5.5 overlays

21   bitmap images which mask at least one browser control

22   button...", end of quotes.

23             Do you see that?

24        A.     No, I don't see it.

25        Q.     Let me see if I can find it for you.

1      - Frederick Sayward, Ph.D. -

2   Claim 1 different from the GUI control software of

3   Claim 6?

4       A.      I would say yes.

5               Well, a qualified yes, depending on

6   what you mean by different.

7       Q.      What do you -- what's the

8   qualification?

9       A.      Well, different is the --

10              Is it different?  I don't know what you

11  mean by different.  I can see one interpretation of

12  that.

13      Q.      Do they both generate images?

14      A.      Yes.

15      Q.      Okay.  Now, let me have you look at the

16  '848 patent, Dr. Sayward, specifically Claim 1.  My

17  question is, does this claim permit -- I'm sorry --

18  yes, does it permit two sets of software?

19      A.      Permit in the sense that that is a

20  way -- a way of implementing it, but not necessarily

21  the only way.

22      Q.      And I'm using the word permit--

23      A.      Right.  That's why I used permit,

24  because it requires --

25      Q.      I'm just using the word permit --

Page 118

1          - Frederick Sayward, Ph.D. -

2     A.        Stated in --

3     Q.        Stated in your rebuttal report?

4     A.        Hum-hum, right.

5     Q.        Okay.  Would you please compare --

6   strike that.  This is not easy stuff for me.

7     A.        I can appreciate it.

8               MR. WINTER:  Perhaps you can take a

9        bathroom break.

10              MR. COOKSEY:  Yes.

11              (Time noted 3:51 p.m.)

12                    RECESS

13              (Time noted 3:55 p.m.)

14  EXAMINATION BY MR. COOKSEY (Cont'g)

15    Q.        Okay.  Dr. Sayward, let's go back on

16   the record.

17              Let me have you look at column 5 of the

18   '071 patent, please, and specifically lines 8 through

19   10.

20    A.        8 through 10?

21    Q.        8 through 10, and I am going to quote.

22   It reads as follows.  "...coding a browser together

23   with the GUI desired for use in a kiosk as a single

24   executable program."

25              Do you see that?