## DECLARATION

We, Tim Daw and Andy Pinkard, employees and representatives of NetShift Software Ltd., o hereby declare, swear and affirm, to the truth and accuracy of the contents of our expert eport/disclosure served in pleading form (see Case No. 300CV1364 (AVC), captioned *Netkey, Inc. v. NetShift Software Ltd. and Auto Club of Hartford*, U.S. District Court, District of Connecticut), by our counsel, Michael G. Cooksey, on counsel for Plaintiff NetKey and the Court (Certificate of Service dated February 15, 2002). We also each declare, swear and affirm that: (1) neither of us has testified as an expert, whether in trial or deposition, in any other legal cases withing the four years preceding the date of our report, through the present; and (2) that neither of us is receiving any special compensation, over and above our regular salary, for our study and testimony in the subject suit with NetKey, Inc.

11·4·02
Date

_____
Tim Daw

_____
Date

_____
Andy Pinkard

DAW REPORT (EXHIBIT "D") IMMEDIATELY FOLLOWS THIS PAGE



DEFENDANT'S EXHIBIT "D"

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NETKEY, INC.

Plaintiff,

v.

NETSHIFT SOFTWARE LTD,
AUTOMOBILE CLUB OF HARTFORD, et al

Defendants.

Civil Action No. 300CV1364 (AVC)

## DEFENDANTS' ENDORSEMENT OF EXPERT WITNESSES MITCHELL HOFFMAN, ANDY PINKARD AND TIMOTHY DAW

Defendants, NetShift Software, Ltd, Automobile Club of Hartford, and Montegonet, LLC, by and through their undersigned counsel, for their endorsement of expert witnesses, Mitchell Hoffman, CPA, Andy Pinkard, and/or Timothy Daw, submit the following disclosure:

### MITCHELL HOFFMAN

Mitchell Hoffman, CPA, Director of Valuation Services, SKB Business Services, 6530 S. Yosemite Street, Englewood, Colorado 80111-5128, (303) 796-2600. Mr. Hoffman is an expert in accounting, economics and valuation of intellectual property rights, including patents. He will opine on the value of a reasonable royalty for each of the patents in suit. His ability to provide an opinion at the present has been prevented by Plaintiff's failure to properly respond to outstanding discovery requests. His full opinion will be provided once Plaintiff complies with its discovery obligations.

### ANDY PINKARD AND/OR TIMOTHY DAW

Andy Pinkard and/or Timothy Daw, of NetShift Software Ltd., Unit C, Kennetside, Newbury, Berkshire, RG145PX, United Kingdom. These experts will testify for the Defendants in the following areas: infringement, invalidity, and/or inequitable conduct. Their curriculum vitae have been previously produced. Specifically, these experts will testify as



- 2 -



follows:

First NetKey Patent – the "071" Patent

Claims - Filed July 27, 1996

1. A self-service computer, comprising:

a monitor having a display screen;

a microprocessor coupled to said monitor for controlling what is displayed on said screen;

browser software executable on said microprocessor for accessing and displaying documents in response to user input, the graphical user interface (GUI) of said browser software comprising controls for said browser software and a document viewing area; and

at least one image positioned for display on said screen so as to mask the controls for said browser software, said image thus rendering the controls inaccessible to a user of the self-service computer to resist tampering with said browser software.

INFRINGEMENT

Current NetShift products do not mask browser controls, and so do not infringe Claim 1. This is also true for all Claims dependent on Claim 1, and for any others involving masking.

PRIOR ART

Comment: Prior art which affects Claim 1 will generally affect any other Claim which includes masking, as masking is the central feature of Claim 1.

Masking of browser controls was publicly known and done at least as early as July 15, 1995, by a medical project at Columbia University (the "Columbia Project"). This project involved the creation of a publicly available kiosk. The following quote is indicative of the level



- 3 -

of knowledge and use of the technique of masking in the Columbia Project:

*"We needed to prevent patients from exiting the Web browser and running other applications (such as using a file manager to delete files). There are two solutions. Some Web browsers provide a "presentation" mode that uses the entire screen for information display; there is no menu bar, so users are unable to exit the application without a keyboard. The other solution is to run any Web browser, but cover the menu bar with a dummy application that always stays on top of the Web browser's menu bar. It looks to the user like a grey bar, and it prevents them from accessing any of the menu functions (including "exit"). We chose the latter solution."*

*15 July 1995 - George Hripcsak, M.D. hripcsak@columbia.edu Columbia University*

Web site for the Columbia Project: http://www.cpmc.columbia.edu/appldinf/prog95c.html

The Columbia Project includes all the elements of Claim 1 of the '071.

Masking of browser controls was also completely shown by the commercial browser security software known as KIOSK IN A BOX ("KIAB"), distributed by Rocky Mountain Multimedia. This product was in public use in the U.S. at least as early as March, 1996. According to its inventor, Dave Heyliger, KIAB was also invented in 1995, which substantially pre-dates the filing of the '071 application, and also pre-dates any evidence presented thus far of invention by the '071 inventors of their masking software.

The existence of KIAB was publicized in the industry periodical *NEW MEDIA* in June, 1996.

Obviousness -- Tosolini

At a September, 1994 European Toolbook Convention, Paolo Tosolini demonstrated a Toolbook application which rode "on top of" Netscape and controlled the browser's position, URL, size, and printing. The application also included buttons (graphics) to invoke browser commands. He called his application the Multimedia Worldwide Web PC, or the $M^2W^3PC$ for short. He posted the $M^2W^3PC$ on the Internet beginning in September, 1994, and it has been continuously available ever since. Tosolini also provided a paper to a Workshop on W3-based Online Kiosk Systems at the Third International World-Wide-web Conference held in Dramstadt, Germany April 10-14 1995, the papers and proceeding being also made available worldwide over the Internet. This covered his application and specifically how it could be used to create an Internet kiosk.

- 4 -

It is a short and quite obvious procedure to modify the interface of Tosolini's application to achieve the masking interface of the '071. This simple procedure includes the following steps:

1. Resize $M^2W^3PC$ to be as wide as the screen via Toolbook's design interface (no programming required).

2. Position $M^2W^3PC$ at 0,0 on the screen via Toolbook's design interface (no programming required)

3. Remove the caption bar of $M^2W^3PC$ via Toolbook's design interface (no programming required).

4. Add 3 additional windows to the $M^2W^3PC$ application and placing these windows so as to cover the left, bottom, and right of Netscape via Toolbook's design interface (no programming required)

5. Set all 4 windows to be "always on top" via Toolbook's interface (no programming required)

These steps can be performed by a programmer of average skill literally in a matter of seconds, or in a very few minutes at most. It is not even necessary to write any code to perform the steps, and the result is an interface which is equivalent to that of the '071.

<u>Anticipation by Tosolini</u>

It could also be said that Tosolini discloses all the elements of Claim 1 of the '071. Claim 1 requires only that the controls be masked so that they are not accessible to a user of the Kiosk. Tosolini's application does this without any modification, and thus anticipates Claim 1.

http://www.filelibrary.com/Contents/DOS/9/3.html
NIT-IT-94 (13-Dec-94, Milan)

http://www.cilea.it/collabora/GARR-NIR/nir-it-2/atti.html

http://scholar.lib.vt.edu/ejournals/vpiej-l/vpiej-l.log9409.html



- 5 -



http://www.inf.ethz.ch/department/IS/ea/kiosks/WWW95/proceed.html

2. The self-service computer of claim 1, wherein said image includes buttons selectable via said screen for initiating browser software commands.

> The addition of buttons in Claim 2 is obvious. Once the browser buttons have been masked, control of the browser through buttons will still be needed and placing those buttons on the newly created blank area is not only obvious but the only option, as anywhere else they will obscure the document viewing area. It is also covered by Rakov in his Conference Paper for the Second International Conference on Mosaic and the World Wide Web. Chicago, Illinois, October 1994, the papers and proceeding being also made available worldwide over the Internet.:
> http://archive.ncsa.uiuc.edu/SDG/IT94/Proceedings/Museum/rakov/rakov.html
> where he describes GUI control software:
>
>> "making Mosaic visitor-proof, and developed a HyperCard application, called "Control Mosaic," which prevents people from clicking the mouse outside a designated area. This makes the Mosaic menus inaccessible to visitors, and prevents them from changing the size of the Mosaic window. Control Mosaic also manages all of Mosaic's helper programs, such as JPEGView, Sound Machine and Sparkle. When Mosaic activates a helper program, Control Mosaic locks that program's menus, and if necessary, times the program out after a certain period of time and returns Mosaic to the foreground. Control Mosaic also plays any Quicktime movies called by Mosaic, so that it replaces the Simple Player helper application. In addition, Control Mosaic presents a button bar at the bottom of the screen, with buttons labeled "Go Back" and "Main Menu." When the user clicks on one of these buttons, Control Mosaic sends a system message back to Mosaic that makes the latter program act as if one of the buttons on the top of the Mosaic screen had been clicked. The "Go Back" button sends an artificial mouse click to the backward button in Mosaic, while "Main Menu" sends a mouse click to Mosaic's home button. Other advanced interface features offered by Control Mosaic include a time-out that quits and restarts Mosaic after five minutes of idle time, an animated



- o -

attract screen,"

It can be seen this application includes buttons selectable via said screen for initiating browser software commands

Additionally, Paolo Tosolini showed the use of buttons in this context. See discussion under Claim 1 for Tosolini references.

3. The self-service computer of claim 1, wherein said GUI includes a status area, and further comprising a second image which covers said status area of said GUI of said browser software.

The addition of a second image is obvious – if you cover one bit it is mere engineering to cover another bit as well.

4. The self-service computer of claim 3, wherein said GUI includes a scroll bar, and further comprising a third image wherein said images cover all but the document viewing area of said GUI of said browser software.

Adding a third image is obvious – if you cover one bit it is mere engineering to cover another bit as well.

5. The self-service computer of claim 1, wherein said browser software is developed by and available from third parties.

This is obvious – Rakov uses Mosaic from other developers – also see Perochon from the W3 papers " Building a W3-kiosk with existing products" (http://www.inf.ethz.ch/department/IS/ea/kiosks/WWW95/proceed.html#louis )

At the First International Conference on the World-Wide Web May 25-26-27 1994, CERN, Geneva Switzerland, the papers and proceeding being also made available worldwide over the Internet, a paper was presented by Rawn   ( http://www.rtd.com/people/rawn/kiosks.html and http://www.rtd.com/people/rawn/kiosk-paper.html ) which shows this idea.

6. The self-service computer of claim 1, further comprising GUI control software executable on said microprocessor to generate said image.

The "addition" of GUI control software is obvious, and in fact just seems to restate Claim



- / -

⑦

1.

7. The self-service computer of claim 6, further comprising file transfer protocol (FTP) server software executable on said microprocessor for remotely updating said GUI control software and/or said browser software.

*The use of FTP server software executable is obvious. Networked kiosks are mentioned in the Los Alamos paper paragraphs 8.2.4 and 8.2.6 (http://www.visi.com/~keefner/pdfs/kiosk_paper.html). – remotely updated kiosks on a network would have to use a File Transfer Protocol to operate.*

```
The FTP protocol was first described in RFC 959 in October 1985 and
```
has been a standard part of a networked computer set-up ever since.

NetShift doesn't include FTP server software within the client software that operates on kiosks and so doesn't infringe

8. The self-service computer of claim 6, further comprising a first daemon running on said microprocessor which shuts down said GUI control software and/or said browser software when a SUSPEND file is copied to a specified directory on the self-service computer.

This is an obvious addition. It is just using a Semaphore File system which is a programming construct designed by E. W. Dijkstra in the late 1960s.
NetShift doesn't include this functionality and so doesn't infringe

9. The self-service computer of claim 8, further comprising a second daemon running on said microprocessor which starts said GUI control software and/or said browser software when a RESTART file is copied to a specified directory on the self-service computer.

This is obvious. Again, it is just using a Semaphore File system.

NetShift doesn't include this functionality and so doesn't infringe

10. The self-service computer of claim 1, further comprising a security control software executable on said microprocessor, said security control software being programmed to limit documents accessible to said browser software by limiting uniform resource locators (URLs)



- 3 -



accessible to said browser software.

Commercial URL filtering programs were also widely available for instance from: http://www.netnanny.com/home/about_us/company_profile.asp

Net Nanny Software International Inc. (NNSII), of Vancouver, B.C., and Bellevue, WA, originated Internet access control filtering in 1994. The Company's CEO designed the software when he saw the need to provide parents, teachers, librarians, office administrators and society in general the ability to implement Internet use policies for their end users. These policies are determined and set by the administrators, and the Net Nanny software is used to put the policies into action.

Though NNSII is best known as an Internet filtering Company, its products have always been about providing security. Whether it's about protecting user's access to the Internet, safeguarding personal information and financial data from being sent from a PC, or securing your desktop from unwanted or unauthorized tampering, the company has been developing security products since its inception

See also: Los Alamos Paper 2.3.3.6 which describes the need for filtering on an Internet kiosk.

11. The self-service computer of claim 10, wherein said security control software is further programmed to disable system functions available to the user of the self-service computer.

A definition of a kiosk system is a computer system that has system functions disabled from the user, thus enabling it to be deployed in a public place. All computer kiosks, including those predating the introduction of browsers have this attribute. It is also in Rakov and the Los Alamos paper, and in any computer that has an administrator and users se with a subset of full functionality set up on it. If no system

