```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF CONNECTICUT
 3                         -oOo-
 4   NETKEY, INC.,
     a Delaware Corporation,
 5
                 Plaintiff,
 6
     vs.                        No. 3:00 CV 1364 (AVC)
 7
     NETSHIFT SOFTWARE, LTD. and
 8   AUTOMOBILE CLUB OF HARTFORD,
 9              Defendants/
                Counter-Claimants.
10   _____/
11
12
13
14         DEPOSITION OF JASON D. BERNSTEIN
15              Monday, May 7, 2001
16                   CONFIDENTIAL
17
18
19   Reported by:
20   Karen Scott, CRP, CSR No. 4027
21
22
23
24
25
```

DEFENDANT'S
EXHIBIT
"F"

Blumberg No. 5114

Page 90

1  application. I see no reason why it wouldn't work
2  just like this.
3      Q   Were you ever able to browse the Web with
4  this thing that you developed for the Microsoft
5  Customer One project?
6      A   I was able to browse the Web files
7  provided by Microsoft using this software. Yes.
8      Q   Would you be able to browse the Web in
9  general with that -- whatever it was that you
10 developed?
11     A   Only if those files were copied to the
12 local hard drive.
13     Q   So you wouldn't be able to access any URL
14 that you wanted, correct, with that product that you
15 developed?
16     A   No.
17     Q   How much more difficult would it have
18 been for you to develop a full-blown browser than
19 the -- than this --
20     A   That would be pure speculation.
21     Q   Do you know how many hours it would take?
22     A   To create a simple version of what I call
23 a prototype version? I could have done that in less
24 than a week.
25     Q   But you didn't, correct?

Page 91

1      A   We discovered other products that already
2  did that, such as Netscape and Internet Explorer.
3      Q   Did Lexitech and/or NetKey discard the
4  idea to develop its own Web browser?
5      A   Yes.
6      Q   Why did Lexitech discard that idea?
7      A   Because the standards were changing and
8  there were already major players in the market, such
9  as Netscape and Internet Explorer, that were keeping
10 up with the standards, and we could not.
11     Q   And it was not feasible to rewrite your
12 browser every time the standards changed, correct?
13     A   That is correct.
14     Q   And I think you already testified that
15 the standards changed several times a year?
16     A   That is correct.
17     Q   And because of that you wouldn't want to
18 have to rewrite your browser every time that
19 happened, correct?
20     A   Correct.
21     Q   And for that reason you, meaning
22 Lexitech, stayed away from developing your own
23 browser, full-blown browser?
24     A   Correct.
25         MR. COOKSEY: Let's go off the record.

Page 92

1          (Discussion off the record.)
2          MR. COOKSEY: Q  Mr. Bernstein, do you
3  know what masking is in the context of these two
4  patents?
5      A   Yes.
6      Q   Do you know what disabling system
7  functions means?
8      A   Yes.
9      Q   The 848 patent -- does the 848 patent
10 rely on either masking or disabling system
11 functions?
12         MS. COHEN: Objection as to form, as to
13 the words "rely on."
14         THE WITNESS: I don't know.
15         MR. COOKSEY: Q  Does the technology in
16 the 848 patent describe a process of masking or
17 disabling system functions?
18     A   My understanding is that the 848 patent
19 is a continuation of the 071 patent, which does
20 mention, and therefore it should apply to this one
21 as well, but I believe it is mentioned in this
22 patent also.
23     Q   Where? You say "this patent." You are
24 referring to the 848?
25     A   The 848 patent. One of the claims -- I

Page 93

1  don't know if this is a claim. In the summary of
2  the invention, it mentions --
3      Q   Can you refer to the column and line
4  number?
5      A   Column two, line 56.
6          "The self-service computer can also
7          include a security control software
8          which is programmed to disable
9          operating system functions available
10         to the user of the self-service
11         computer to resist tampering with
12         operation of the self-service
13         computer."
14         And on line 46 of the same column --
15 that's a long sentence. Should I start in the
16 middle or the whole sentence?
17     Q   I just want to know what parts of the 848
18 patent.
19     A   "... at least one image positioned
20         for display on the screen and
21         permitting control of but resisting
22         tampering with the browser
23         software."
24     Q   Does that refer to masking?
25     A   That refers to masking.

24 (Pages 90 to 93)

Kelty & Scott, LLC                                    650-610-0275