IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 15 A 9:38

| | |
|---|---|
| NETKEY, INC., a Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NETSHIFT SOFTWARE, LTD., ) <br> AUTOMOBILE CLUB OF HARTFORD, ) <br> MONTEGONET, LLC, ) <br> ) <br> Defendants/Counter-Claimants. ) | CASE NUMBER: 3:00 CV 1364 (AVC) <br><br><br><br><br><br><br><br><br> December 13, 2003 |

**DEFENDANTS' UNOBJECTED-TO MOTION FOR LEAVE TO
FILE A RESPONSE TO THE '848 PORTION OF PLAINTIFF'S
REPLY IN SUPPORT OF ITS *MARKMAN* BRIEF**

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order granting them leave to submit a sur-reply/response to the '848 portion of Plaintiff Netkey's Reply in Support of *Markman* Brief. As grounds, Defendants state as follows:

1. Plaintiff Netkey, in its original *Markman* Brief, failed to address any claim construction issues with respect to the Claims of the '848 Patent, the second of the two patents-in-suit. Plaintiff stated in its original *Markman* Brief that it is "not aware of any disputes as to the meaning of other language in the claims of the '071 and '848 Patents." (*See* Netkey's *Markman* Brief, at p.11) However, and as noted in Defendants' *Markman* Brief, the Parties have clearly and repeatedly disagreed over the interpretation of the '848 Claims throughout this litigation. In fact, these issues were framed in detail in Defendants' *Memorandum Brief in Support of Their Rule 56(c) Motion for Summary Judgment* (*see* pp. 27-34 and, especially, pp. 31-33 re: claim construction), and in Plaintiff Netkey's *Response in Opposition* thereto (pp. 31-33). In addition, Defendants' technical expert, Timothy Daw, raised the issue in his Expert Report; and Plaintiff's expert, Dr. Sayward, responded on the issue in his Expert Rebuttal Report.

[Margin annotation: December 17, 2003. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.]