IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| NETKEY, INC.,<br>a Delaware Corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NETSHIFT SOFTWARE, LTD.,<br>AUTOMOBILE CLUB OF HARTFORD,<br>MONTEGONET, LLC,<br><br>　　　Defendants/Counter-Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NUMBER: 3:00 CV 1364 (AVC)

2003 DEC 29 P 2:

U.S. DISTRICT COURT
HARTFORD, CT.

December 23, 2003

---

## DEFENDANTS' ERRATA SHEET FOR CORRECTIONS TO ITS *MARKMAN* BRIEF (SEE DOCKET ENTRY NO. 125)

---

Defendants, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby submit the following errata correction with respect to the citation to Claim 1 of the '071 Patent, found on page 8 of its *Markman Brief* (see Docket Entry No. 125, filed with the Court on November 24, 2003). The correct citation pertains to the following quote on page 8:

"The full phrase properly at issue in Claim 1 is:

　　　*at least one image positioned for display on said screen so as to mask* the controls for said browser software...(emphasis added)

(See Exhibit A, the '071 Patent, Column 5, lines 4-14)."

The citation should read: **"the '071 Patent, Column 7, lines 49-50".**

**DATED**: December 23, 2003.

Respectfully submitted,

**COOKSEY & COOKSEY, P.A.**

By: _____

Michael G. Cooksey, Esq.
(Ct 21024)
1700 Broadway, Suite 1700
Denver, Colorado  80290
(303) 860-0101
ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2003, a true and correct copy of the foregoing **DEFENDANTS' ERRATA SHEET FOR CORRECTIONS TO ITS** *MARKMAN* **BRIEF (SEE DOCKET ENTRY NO. 125)** was placed in the U.S. Mail, postage prepaid and addressed to:

Clerk of the U.S. District Court
 District of Connecticut
450 Main Street
Hartford, CT  06103

Gene S. Winter, Esq.
ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

Matthew J. Becker, Esq.
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, CT 06103-3499

_____

2