

December 18, 2003

Ethan A. Levin-Epstein
Garrison Levin-Epstein, Chimes & Richardson
405 Orange Street
New Haven, CT 06511

Re:  United States of America vs. Barry Himes
     Criminal Case No. 3:01CR174 (CFD)

Dear Ethan:

    This correspondence is in reference to your legal representa-
tion as defense counsel in the above entitled case.  Please con-
sider this as my formal notification requesting that you withdraw
your appearance (and those of any other persons connected with
your firm)  as my attorney in the above entitled case.

    Your prompt attention to this matter is sincerely appreciated.
I look forward to receiving your "Notice of Withdrawal" to be filed
with the District Court clerk.

Very truly yours,

Barry W.  Himes


cc: Deputy Clerk
    U.S. Dist. Court - Dist of Ct.



Barry Himes
14309-014
Federal Medical Center, Devens
P.O. Box 879 Unit I
Ayer, MA  01432

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein, Chimes & Richardson
405 Orange St.
New Haven, CT  06511

06511+6489 43