IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 00 CV 1364(AVC) |
| v. | ) |
| | ) |
| NETSHIFT SOFTWARE, LTD. and | ) |
| AUTOMOBILE CLUB OF HARTFORD | ) |
| and MONTEGONET LLC, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE
OF TRIAL AND REQUEST FOR PRE-TRIAL CONFERENCE**

Pursuant to Connecticut Local Civil Rule 7(a), Plaintiff Netkey Inc. (hereinafter "Netkey") hereby opposes Defendants' Motion For Continuance Of Trial And Request For Pre-Trial Conference.

I.   **The Case Has Been Ready For Trial For Over A Year**

Defendants are filing this motion as a part of there continual attempt to delay and further postpone trial.  While Defendants assert that "there has been no warning until [the Court's Notice] was received that trial would be this imminent" (see Defendants' Motion for Continuance of Trial and Request for Pre-Trial Conference, ¶3), in fact, this case has been ready for trial for over fourteen months.  See Pre-trial Order Setting Filing of Trial Memorandum by Judge Covello, Doc. 65 and Joint Trial Memorandum Doc. 69.  This case has

been pending for three years and was scheduled to be ready for trial within thirty (30) days after the Joint Trial Memorandum was due (May 2, 2002). See Motion for Extension of Scheduling Order Deadlines, Doc. 39. Parties thereafter agreed to an extension and that the case would be trial ready as of October 31, 2002. See Stipulated Motion to Amend Scheduling Order, Doc. 70.

Defendants' assertion that there was a "lack of any meaningful notice from the Court prior to the onset of trial" is unsupported. See Defendants' Motion for Continuance of Trial and Request for Pre-Trial Conference, ¶6. Clearly, the Scheduling Order, the deadlines in which have already been extended once, put the parties on notice that trial was imminent and that they should be prepared to proceed. Defendants' Motion for a Continuance should be denied as the parties have known and agreed to the fact that the case is ready for trial, and has been for over a year.

There is no affidavit or other showing that any witness is unavailable for trial, or that counsel is unavailable.

II.     **Defendants Are Attempting to Cause Further Delay**

Defendants assert that a continuance would "allow the parties to sufficiently prepare." Id.at ¶9. Given the significant amount of time the case has been ready for trial, both parties should be prepared. Plaintiffs are ready to proceed to trial. Defendants' have another motive, namely finding any means to further delay.

Defendants assert that a continuance "would also serve to maximize the

possibility of settlement." Id. at ¶9. Netkey has never received a meaningful settlement offer and does not intend to settle the case in its current posture. Therefore, Defendants are incorrect in stating that a continuance would move the parties closer to settlement and likely stating as much solely to create further delay.

Defendants envision the filing of more motions, as shown in their suggestion that that the Court may "re-entertain the parties' previously filed summary judgment motions." Id., ¶8. The Court denied Defendants' flawed Motion for Summary Judgment (Doc. 75). See Order of Judge Covello dated August 11, 2003. The time period set by the Court for summary judgment motions has long expired. Defendants should not be allowed a continuance in order to gain an opportunity to re-file their Motion and file further unnecessary motions to further delay trial.

### III. Conclusion

Netkey requests the Court deny Defendants' Motion, finalize the jury instructions upon its ruling on claim construction, and allow the case to go to trial as scheduled.

Respectfully submitted,

6 Jan 04
_____          _____
Date                                  Gene S. Winter, ct05137
                                      Helen M. Limoncelli, ct24332
                                      St. Onge Steward Johnston & Reens LLC
                                      986 Bedford Street
                                      Stamford, Connecticut  06905-5619
                                      Telephone: (203) 324-6155

                                      Attorneys for Plaintiff


### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL CONFERENCE is being served this 6th day of January, 2004 via facsimile and first class mail, postage prepaid to:

Michael G. Cooksey, Esq.
Cooksey & Cooksey, P.A.
1700 Broadway, Suite 1700
Denver, Colorado  80290
Facsimile: (303) 860-0102

And by first class mail only to:

Karen A. Moreno
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut  06103-3499

Matthew J. Becker
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901


1/6/04
_____          _____