IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NETKEY, INC. | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 00 CV 1364(AVC) |
| NETSHIFT SOFTWARE, LTD. and AUTOMOBILE CLUB OF HARTFORD and MONTEGONET LLC, | ) ) ) ) ) | |
| Defendants/Counter-Claimants. | ) | |

## PLAINTIFF'S OBJECTIONS TO ADMISSIBILITY OF DEFENDANTS' EXHIBITS

Pursuant to the Pretrial Order dated February 22, 2002 (Doc. 65), Plaintiff submits the following objections to the admissibility Defendants' exhibits, identified in its list submitted as Exhibit B to the Joint Trial Memorandum (Doc. 69). The table below includes the Exhibit number in the first column, its Description in the second column, both as provided by Defendants, and the relative objection set forth therein by Plaintiff in the third column. At the end of the table, Plaintiff includes a memorandum of authorities in support of its objections set forth in the third column.

| Exhibit | Description | Objection |
|---|---|---|
| A | '071 Patent in Suit (depo exhibit 2) | No Objection. |
| B | '848 Patent in Suit (depo exhibit 3) | No Objection. |
| C | Certified copy of the '071 file from the PTO | No Objection. |
| D | Certified copy of the '848 file from the PTO | No Objection. |
| E | First Expert Report/Endorsement of Tim Daw and Andy Pinkard dated February 15, 2002 | Hearsay. |
| F | First Expert Report/Endorsement of Mitchell Hoffman, CPA | Hearsay. |

| **Exhibit** | **Description** | **Objection** |
|---|---|---|
| G | Curriculum Vitae of Tim Daw | No Objection. |
| H | Curriculum Vitae of Andy Pinkard | Hearsay, Authentication. |
| I | Curriculum Vitae of Mitchell Hoffman, CPA | Hearsay, Authentication. |
| J | First Expert Report of Plaintiff's Expert, Dr. Fred Sayward | Hearsay, Authentication. |
| K | First Expert Report of Plaintiff's Expert, Steve Shapiro | Hearsay, Authentication. |
| L | Cease and Desist Letter from Gene Winter, Esq. to NetShift dated August 31, 1998 (depo exhibit A) | No Objection. |
| M | Cease and Desist Letter from Gene Winter, Esq. To MontegoNet, LLC | No Objection. |
| N | Cease and Desist Letter from Gene Winter to Automobile Club of Hartford | No Objection. |
| O | NetKey's Motion for Preliminary Injunction and Supporting Memorandum Brief | Hearsay. |
| P | NetKey's Complaint and Amended Complaints | No Objection other than Relevance. |
| Q | New Media article dated July, 1996 | Hearsay, Authentication. |
| R | W3 Conference papers of Paolo Tosolini (collective exhibit) | Hearsay, Authentication. |
| S | W3 Conference papers of Simon A. Rakov (collective exhibit) | Hearsay, Authentication. |
| T | W3 Conference papers of Rawn Shah (collective exhibit) | Hearsay, Authentication. |
| U | Kiosks.Org web pages showing releases and first sale dates of Netkey and NetShift products | Hearsay, Authentication. |
| V | Letter from Gene Winter, Esq. disclaiming Claims 2, 13 and 18 of the '848 Patent (depo exhibit 1) | No Objection other than Relevance. |
| W | Gene Winter's Letter to Judge Covello re: explanation for withdrawal of NetKey's Preliminary Injunction motion | Hearsay. |

| Exhibit | Description | Objection |
|---|---|---|
| X | Letter from Alex Richardson/NetKey to Dave Heyliger re: agreement that Heyliger would not have to pay royalties | Hearsay, Authentication. |
| Y | Lease/royalty agreements and settlement agreements between Omnitech and NetKey (aka Lexitech), and between Rocky Mountain MultiMedia/Dave Heyliger and NetKey (collective exhibit) | No Objection. |
| Z | Demonstrative exhibits of "masking" model | Hearsay, Authentication. |
| AA | Letter from Tim Daw to Gene Winter dated September 28, 1998 | No Objection. |
| BB | Email from Tim Daw to Ken Coleman dated November 9, 1998 | No Objection. |
| CC | "Kiosks: A Technical Overview" (a.k.a. the "Los Alamos Paper") dated January 10, 1995 | Hearsay, Authentication. |
| DD | Kiosks.Org 1996 News | Hearsay, Authentication. |
| EE | Lynx Browser v.2.3 full-screen browser (available via: "http://www.w3.org/History/1993/WWW/Lynx"); and user's guide available via "http://www.cc.ukans.edu/lynx_help/Lynx_users_guide.html" | Hearsay, Authentication. |
| FF | Mosaic Version 2.5 Beta 2 software and documentation (see "http://archive.ncsa.uiuc.edu/SDG/Software/Mosaic/Docs/help-on-version-2.5b.html") (released October 11, 1994) (collective exhibit) | Hearsay, Authentication. |
| GG | Microtouch Prospector Manual and Software – 1996 (contained in Prospector zip file) | Hearsay, Authentication. |
| HH | W3 Conference '94-'96 Kiosk Papers (depo exhibit 5) | Hearsay, Authentication. |
| II | Internet Sampler 10-94 conference (depo exhibit 6) | Hearsay, Authentication. |
| JJ | Information Kiosks and the World Wide Web (depo exhibit 7) | Hearsay, Authentication. |
| KK | Microsoft BackOffice Server "City of Colorado Springs and Lexitech" (depo exhibit 8) | Hearsay, Authentication. |

| Exhibit | Description | Objection |
|---------|-------------|-----------|
| LL | Microsoft BackOffice Server "City of Colorado Springs and NetKey" (depo exhibit 9) | Hearsay, Authentication. |
| MM | NetKey.com printout re: Bio of Alex Richardson (depo exhibit 10) | Hearsay, Authentication. |
| NN | Kiosk.org – "Newsbits Archives – 1997" (depo exhibit 12) | Hearsay, Authentication. |
| OO | Kiosk for the Web dated July 17, 1996 (depo exhibit 14) | Hearsay, Authentication. |
| PP | Memo to Jason Bernstein dated 2/12/97 (depo exhibit 15) | Hearsay, Authentication. |
| QQ | Memo to J. Bernstein dated 2/12/97 (depo exhibit 16) | Hearsay, Authentication. |
| RR | Article entitled "Heart Muscle" (depo exhibit 17) | Hearsay, Authentication. |
| SS | Petition to Make Special - '071 Patent Application (depo exhibit 18) | No Objection other than Relevance. |
| TT | Patent # 5,826,267 (depo exhibit 19) | No Objection other than Relevance. |
| UU | Declaration of Power of Attorney (depo exhibit 20) | No Objection other than Relevance. |
| VV | Document relating to the Seattle Project" (depo exhibit 21) | Hearsay, Authentication. |
| WW | Documentation of Riderlink Kiosk Watcher Application (depo exhibit 22) | Hearsay, Authentication. |
| XX | Documentation of Lexitech's NetKey Application (depo exhibit 23) | Hearsay, Authentication. |
| YY | Memo from Goucher to DuPont (date: 5-21-01) (depo exhibit 24) | Hearsay, Authentication. |
| ZZ | "Getting Started with NetShift in 10 Minutes" (depo exhibit 25) | Hearsay, Authentication. |
| AAA | NetShift v. 4.30 Technical Documentation (depo exhibit 26) | Hearsay, Authentication. |
| BBB | Picture of Kiosk at AAA (depo exhibit 27) | Hearsay, Authentication. |
| CCC | Email to Anthony Ciccone and several other emails (collective exhibit) (depo exhibit 28) | Hearsay, Authentication. |

| Exhibit | Description | Objection |
|---------|-------------|-----------|
| DDD | AAA Layout documentation ("Automated Access Attendant") (depo exhibit 29) | Hearsay, Authentication. |
| EEE | AAA Site LogIn Screen (depo exhibit 30) | Hearsay, Authentication. |
| FFF | Connecticut's Computer Kiosk (depo exhibit 31) | Hearsay, Authentication. |
| GGG | Kiosk Members Only Sign-In Screen (depo exhibit 32) | Hearsay, Authentication. |
| HHH | AAA Layout documentation ("Automated Access Attendant") (depo exhibit 33) | Hearsay, Authentication. |
| III | AAA "About Our Kiosk" (depo exhibit 34) | Hearsay, Authentication. |
| JJJ | AAA- Hartford's Computerized Kiosk (depo exhibit 35) | Hearsay, Authentication. |
| KKK | AAA Kiosk Members Only Sign-in Screen (depo exhibit 36) | Hearsay, Authentication. |
| LLL | Webtrends AAA Kiosk October (depo exhibit 37) | Hearsay, Authentication. |
| MMM | NetShift v. 4.6 Software CD-ROM, release notes and user's manual (collective exhibit) | No Objection. |
| NNN | NetShift v. 5.0 Software CD-ROM, release notes and user's manual (collective exhibit) | No Objection. |
| OOO | NetShift v. 5.5 Software CD-ROM, release notes and user's manual (collective exhibit) | No Objection. |
| PPP | Netnanny URL filtering program, available via "http://www.netnanny.com/home/bout_us/company_profile.asp" | Hearsay, Authentication. |
| QQQ | NetKey v. 1.4 software and release notes | No Objection |
| RRR | NetKey v. 2.0 software and release notes | No Objection |
| SSS | NetKey v. 2.01 software and release notes | No Objection |
| TTT | Thread of questions and answers in a newsgroup (www.comp.infosystems.kiosks) in April, 1996, participated in by J.Bernstein and Dave Heyliger | Hearsay, Authentication. |

| **Exhibit** | **Description** | **Objection** |
|---|---|---|
| UUU | "Columbia Project" documents (Progress Reports to the United States Department of Education from Dr. George Hripcsak of Columbia University (collective exhibit) (accessible from the following URL: "http://informatics.cpmc.columbia.edu/appldinf/" | Hearsay, Authentication. |
| VVV | NII 1996 award in the Health category - for the Columbia Project; see: http://web1.archive.org/web/19961220044528/http://www.gii-awards.com | Hearsay, Authentication. |
| WWW | Web Page from Newmedia.com, Kiosks for the Web, by Lydia Lee, dated July 17, 1996 | Hearsay, Authentication. |
| XXX | Letter RE: Overlay Technology conception from the Colo. School of Mines, by George Funkey, dated March 3, 1996 | Hearsay, Authentication. |
| YYY | E-Mail Asymetrix Corp. on "overlay" software technology by Dave Heyliger, dated May 19, 1996 | Hearsay, Authentication. |
| ZZZ | E-Mail, Asymetrix on "Tool Book Functionality" by Raine Bergstrom, dated July 13, 1996 | Hearsay, Authentication. |
| AAAA | Newsletter from Colo. School of Mines "CSM News", dated February 23, 1996 | Hearsay, Authentication. |
| BBBB | All U.S. Patent references listed in the '071 Patent (collective exhibit) | No Objection |
| CCCC | All U.S. Patent references listed in the '848 Patent (collective exhibit) | No Objection |
| DDDD | Wordperfect and Word software and release notes (collective exhibit) | Hearsay, Authentication. |
| EEEE | Dave Heyliger documents showing proof of invention (collective exhibit) (including correspondence to and from Colo. School of Mines) | Hearsay, Authentication. |
| FFFF | NetShift Monthly Sales Summary (collective - through date of trial) | No Objection. |
| GGGG | NetShift U.S. Customer Survey (collective - through date of trial) | Hearsay, Authentication. |
| HHHH | NetShift U.S. Customer Sales Printout (1996-2000) (Tim Daw depo. exhibit 3) | No Objection. |

| **Exhibit** | **Description** | **Objection** |
|---|---|---|
| IIII | NetShift Public Browser Interface Evaluation Download Summary (Tim Daw depo. exhibit 4) | Hearsay, Authentication. |
| JJJJ | NetShift Full Version PRO Evaluaion Download Summary (Tim Daw depo. exhibit 5) | Hearsay, Authentication. |
| KKKK | NetShift PRO Software User Summary (Tim Daw depo. exhibit 6) | Hearsay, Authentication. |
| LLLL | NetShift 1997 Business Plan (Tim Daw depo. exhibit 7) | Hearsay, Authentication. |
| MMMM | NetShift 1998 Business Plan (Tim Daw depo. exhibit 8) | Hearsay, Authentication. |
| NNNN | NetShift Private Placement Memorandum (Tim Daw depo. exhibit 9) | Hearsay, Authentication. |
| OOOO | NetShift Technical Documentation Version 4.60 (Tim Daw depo. exhibit 10) | No Objection |
| PPPP | NetShift Source Code for Public Browser Interface Module (Tim Daw depo. exhibit 11) | No Objection |
| QQQQ | NetShift continuation of source code including DFM codes connected to PAS files (Tim Daw depo. exhibit 12) | No Objection |
| RRRR | NetShift Automated Kiosk Attendant Version 4.60 Technical Documentation (Tim Daw depo. exhibit 13) | No Objection |
| SSSS | NetShift source code for AKA Module (PAS files) (Tim Daw depo. exhibit 14) | No Objection |
| TTTT | NetShift source code for AKA Module (DFM files) (Tim Daw depo. exhibit 15) | No Objection |
| UUUU | NetShift "Read Me Text" (Tim Daw depo. exhibit 18) | No Objection |
| VVVV | CD-ROM re: NetShift Public Browser Interface (PBI) Version 4.65 (Tim Daw depo. exhibit 19) | No Objection |
| WWWW | CD-ROM re: NetShift PRO Version 4.65 (Tim Daw depo. exhibit 20) | No Objection |
| XXXX | Web Page printout of www.kiosks.org (Tim Daw depo. exhibit 21) | Hearsay, Authentication. |
| YYYY | NetShift web page pricing printout (Tim Daw depo. exhibit 22) | Hearsay, Authentication. |
| ZZZZ | MontegoNet web page printout | Hearsay, Authentication. |
|  | All exhibits necessary for rebuttal and/or impeachment | These exhibits have not been identified and should be precluded. |

**Memorandum of Authorities in Support of Objections**

I.   Hearsay

Fed.R.Ev. 801-802; *Williamson v. U.S.*, 512 U.S. 594, 598, 114 S.Ct. 2431, 2434 (1994); *U.S. v. Cardascia*, 951 F.2d 474, 486-87 (2d Cir. 1991).

II.   Authentication

Many of the Defendants Exhibits are documents printed off the world wide web, including print-outs of webpage screens, making them inherently unreliable as a printed publication. Exhibits printed from the internet are insufficiently authenticated. *United States v. Jackson*, 208 F. 3d 633, 637 (7th Cir. 2000), cert. denied, 531 U.S. 973, 148 L. Ed. 2d 321, 121 S. Ct. 416 (200). Courts have gone so far as to say that one cannot overcome the presumption that information discovered on the internet is inherently untrustworthy and have excluded such information as hearsay. *St. Clair v. Johnny's Oyster & Shrimp, Inc.*, 76 F. Supp. 2d 773, 774 (S.D. Tex. 1999).

These Exhibits may have a print-out or retrieval date showing the allegedly date the document was retrieved from the internet and printed out. Presumably, this date is controlled by the calendar of the computer used to access them, which could potentially be set to any date and time. There is no third-party confirmation that the computer's calendar was correctly set to generate the accurate print-out date. Further, even if verified as accurate, the print-out date does not show when such web content was posted to a server and made accessible on the internet, and hence made available to the public. The proper foundation is lacking to establish the reliability and integrity of these documents, and they should be excluded for lacking authentication.

Additionally, the proponent of the publication must show that the reference was sufficiently accessible. *In re Hall*, 781 F.2d. 897, 899 (Fed. Cir. 1986). Defendants offer no evidence of these articles being accessed by anyone of the asserted skill in the art. They offer no evidence or verification of exact dates of access. In *Times Mirror Magazines Inc. v. Las Vegas Sports News L.L.C.*, 54 USPQ2d 1577, 1592 (3rd Cir. 2000), the Court disregarded evidence of use of a trademark on an internet website as "of little significance because there is no evidence regarding the extent of sales or advertising on the internet, nor is there any evidence regarding, for example, the number of "hits" received from visitors to the website which would assist in determining the degree of consumer recognition of the mark." A selective compilation of internet website pages compiled by a defendant in a trademark infringement suit was held to "have no assurance of representativeness (and hence of evidentiary reliability)." *Creative Gifts Inc. v. UFO*, 57 USPQ2d 1321, 1326 (10th Cir. 2000). While this is not a trademark case, the lack of verifiable access of many of the Exhibits presented by Defendants is present in this patent case.

Respectfully submitted,

8 JAN 04
Date

Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing PLAINTIFF'S OBJECTIONS TO ADMISSIBILITY OF DEFENDANTS' EXHIBITS is being served this 8th day of January, 2004 via facsimile and first class mail, postage prepaid to:

Michael G. Cooksey, Esq.
Cooksey & Cooksey, P.A.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Facsimile: (303) 860-0102

And by first class mail only to:

Karen A. Moreno
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499

Matthew J. Becker
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

1/8/04