IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NETKEY, INC., a Delaware Corporation, | ) ) ) | CASE NUMBER: 3:00 CV 1364 (AVC) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NETSHIFT SOFTWARE, LTD., AUTOMOBILE CLUB OF HARTFORD, MONTEGONET, LLC, | ) ) ) ) | |
| Defendants/Counter-Claimants. | ) ) | December 30, 2003 |

**DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL
AND REQUEST FOR PRE-TRIAL CONFERENCE**

Defendants, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order continuing the trial in this matter. As grounds, Defendants state as follows:

1. As the Court is aware, this case has been placed on the January 15, 2004 "Jury Selection Calendar". See the Court's Notice, attached hereto as Exhibit "A".

2. As the Court's notice, Exhibit A, is silent on the issue, Defendants can only assume that trial will immediately follow the selection of the jury on January 15, 2004. Indeed, in a telephonic conference today, the Courtroom Clerk was unable to state when the exact date for the beginning of trial would be, but indicated that it could commence as soon as immediately following jury selection on January 15, 2004.

3:00CV1364(AVC). January 12, 2004. The defendants' motion for a continuance of jury selection (document no. 131) is GRANTED. Jury selection shall be held on March 11, 2004 at 10:00 a.m. SO ORDERED.

Alfred V. Covello, U.S.D.J.