```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


                     JURY SELECTION CALENDAR

           HONORABLE ALFRED V. COVELLO, U.S.D.J.
                        450 MAIN STREET
                           HARTFORD
                   COURTROOM #1 - ANNEX
```

**March 11, 2004**

**10:00 a.m.**

RESCHEDULED FROM 1/15/04

CASE NO. **3:00cv1364(AVC) Netkey, Inc. v. Netshift Software, et al**

Matthew J. Becker
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Michael G. Cooksey
Cooksey & Cooksey
1700 Broadway
Suite 1700
Denver, CO 80290

Helen M. Limoncelli
St. Onge, Steward, Johnston & Reens
986 Bedford St.
Stamford, CT 06905-5619

Karen A. Moreno
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Catherine Dugan O'Connor
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Gene S. Winter
St. Onge, Steward, Johnston & Reens
986 Bedford St.
Stamford, CT 06905-5619

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK