IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC., a Delaware Corporation, | CASE NUMBER: 3:00 CV 1364 (AVC) |
| Plaintiff, | |
| vs. | |
| NETSHIFT SOFTWARE, LTD., AUTOMOBILE CLUB OF HARTFORD, MONTEGONET, LLC, | |
| Defendants/Counter-Claimants. | February 9, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANTS' UPDATED FINANCIAL INFORMATION AND SOFTWARE**

Defendants, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby respond to *Plaintiff's Motion to Compel Production of Defendants' Updated Financial Information and Software*, as follows:

1. Defendants have fully responded to Plaintiff's request for updated financial information and software.

2. Specifically, Defendant NetShift has produced to Plaintiff a CDROM disk containing its Version 6.20 software, and source code. NetShift has also updated its U.S.-based sales information, current through year end, 2003. In short, NetShift has fully updated the information requested of it by Plaintiff Netkey. Netkey's undersigned counsel has repeatedly requested Gene Winter, Plaintiff's counsel, to confirm that Plaintiff does not seek any other information from NetShift, but Mr. Winter has not, as of this writing, responded, leaving NetShift to assume that it has fully updated the requested information.

3. Defendant MontegoNet, NetShift's U.S. based distributor, has also updated its financial information, including sales figures for 2002 and 2003, and produced same

to NetKey. In response to Plaintiff's request that MontegoNet produce its backup documentation, i.e., receipts, invoices and the like, MontegoNet has invited Plaintiff to inspect and copy these voluminous documents at MontegoNet's office, at Plaintiff's expense. Again, despite this invitation, Plaintiff's counsel, Mr. Winter has not responded, leaving MontegoNet to assume that it has fully updated the information requested of it pertaining to sales and financial information.

**WHEREFORE**, for the foregoing reasons, Defendants, having fully responded to Plaintiff's request for updated sales and financial information, and for NetShift's latest software and source code, respectfully request an Order from this Court denying as moot *Plaintiff's Motion to Compel*.

**DATED**: February 9, 2004.

Respectfully submitted,

**COOKSEY & COOKSEY, P.A.**

By  (Original Duly Executed)
    Michael G. Cooksey, Esq.
    (Ct 21024)
    1700 Broadway, Suite 1700
    Denver, Colorado  80290
    (303) 860-0101
    ATTORNEYS FOR THE DEFENDANTS

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 9, 2004, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL AND REQUEST FOR PRE-TRIAL CONFERENCE** was placed in the U.S. Mail, postage prepaid and addressed to:

Clerk of the U.S. District Court     (by Federal Express, Tracking No. 842179420707)
District of Connecticut
450 Main Street
Hartford, CT  06103

Gene S. Winter, Esq.     (also by facsimile on February 9, 2004)
ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

Matthew J. Becker, Esq.
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, CT 06103-3499

                                            (Original Duly Executed)