IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC.<br><br>Plaintiff<br><br>v.<br><br>NETSHIFT SOFTWARE, LTD. and<br>AUTOMOBILE CLUB OF HARTFORD<br>and MONTEGONET LLC,<br><br>Defendants/Counter-Claimants. | )<br>)<br>)<br>)<br>) Civil Action No. 00 CV 1364(AVC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF '071 PATENT CLAIM CONSTRUCTION ON GROUNDS OF CLEAR ERROR

Pursuant to Rule 7(c) of the Local Rules for the United States District Court for the District of Connecticut, Plaintiff requests reconsideration of the Court's January 31 Ruling on Claim Construction as it pertains to the '071 Patent.

Please take further notice that in support of the motion, Plaintiff will rely upon the within Memorandum of Law with attached Exhibits.

Respectfully submitted,

2/13/04
Date

Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR RECONSIDERATION OF '071 PATENT CLAIM CONSTRUCTION ON GROUNDS OF CLEAR ERROR is being served this ___13___ day of February, 2004 via facsimile and first class mail, postage prepaid to:

> Michael G. Cooksey, Esq.
> Cooksey & Cooksey, P.A.
> 1700 Broadway, Suite 1700
> Denver, Colorado 80290
> Facsimile: (303) 860-0102

And by first class mail only to:

> Karen A. Moreno
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, Connecticut 06103-3499
>
> Matthew J. Becker
> Catherine Dugan O'Connor, Esq.
> Day, Berry & Howard LLP
> One Canterbury Green
> Stamford, CT 06901

2-13-04          _Carrie _____