IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC.<br><br>Plaintiff<br><br>v.<br><br>NETSHIFT SOFTWARE, LTD. and<br>AUTOMOBILE CLUB OF HARTFORD<br><br>Defendants/Counter-Claimants. | Civil Action No. 00 CV 1364(AVC) |

## NETKEY'S REPLY TO DEFENDANTS' OPPOSITION TO EXTEND THE TRIAL DATE

Netkey, Inc. ("Netkey") responds to the "Defendants' Response In Opposition to Plaintiff's Motion To Extend Trial Date".

The key issue is whether or not either party is prejudiced by an extension of the trial date to June, 2004. Per Opposition by Defendants, Defendants are prepared to go forward in mid-June, 2004, and have pointed to no particular prejudice in doing so. In fact, Defendants are agreeable to a June trial date, if they could have obtained substantive concessions from Netkey. If the June trial date is convenient for the Court, it is believed that it is in the interest of all parties and the Court to proceed with the June, 2004 trial date.

There is some suggestion by Defendants that there were no long-standing vacation plans. Submitted with this reply is a declaration of the undersigned with a copy of correspondence dating back to May of 2003 confirming rental of a house for that same period. Further, reservation and ticketing of the flights were confirmed

prior to December 25, 2003, when Plaintiff believed the trial would occur January 15, 2004, as originally scheduled by the Court. Netkey's counsel went out of his way to ensure that a trial was not scheduled during his vacation before the tickets were issued.

Defendants question why Netkey did not point out the March conflict in the paperwork filed with the Court in early January. Netkey's counsel has numerous conflicts in the months of February, March, April and May, and there was no reason at that time to provide the Court with a list of future conflicts. It is noted that Defendants' counsel did not provide the Court with any prospective conflicts, even though trial was not possible for Defendants' counsel in April and May of 2004.

Netkey believes that it is unnecessary to respond in kind to the numerous comments by Defendants. Suffice it to say that Netkey does not agree with Defendants' assumptions and suspicions, as they are unfounded.

In view of the fact that the parties are agreeable to a June trial date, if that is convenient with the Court, the undersigned respectfully requests that the motion be granted.

Respectfully submitted,

17 Feb 04
Date

Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **NETKEY'S REPLY TO DEFENDANTS' OPPOSITION TO EXTEND THE TRIAL DATE** is being served this 17th day of February, 2004, via facsimile and first class mail, postage prepaid to:

> Michael G. Cooksey, Esq.
> Cooksey & Cooksey, P.A.
> 1700 Broadway, Suite 1700
> Denver, Colorado 80290
> Facsimile: (303) 860-0102

And by first class mail only to:

> Karen A. Moreno
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, Connecticut 06103-3499

> Matthew J. Becker
> Catherine Dugan O'Connor, Esq.
> Day, Berry & Howard LLP
> One Canterbury Green
> Stamford, CT 06901

2/17/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 00 CV 1364(AVC) |
| v. | ) |
| | ) |
| NETSHIFT SOFTWARE, LTD. and | ) |
| AUTOMOBILE CLUB OF HARTFORD | ) |
| and MONTEGONET LLC, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

## DECLARATION OF GENE S. WINTER

I, Gene S. Winter, declare as follows:

1. I am lead counsel for Plaintiff Netkey, Inc. in this case.

2. Attached hereto is a true and accurate copy of a letter received in early June 2003 confirming the rental of a vacation home for the period beginning March 3, 2004. The reservation for the home was actually made in March of 2003, and the letter is to confirm and request a deposit.

3. I, today, called the airline to check on when the reservations were made. The reservations were made on December 14, 2003, and the tickets were issued on December 25, 2003. At the time the tickets were issued, I believed that the trial was going to be completed well before the March 3, 2004 departure date for our vacation. The tickets are electronic tickets, and I was never sent

tickets.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection.

Executed February 17th, 2004 at Stamford, Connecticut.

_____
Gene S. Winter



GUAVABERRY SPRING BAY VACATION HOMES
P.O. BOX 20
VIRGIN GORDA
BRITISH VIRGIN ISLANDS
Telephone: (284) 495-5227
Fax: (284) 495-5283
E-mail: gsbhomes@surfbvi.com
Web Site: www.guavaberryspringbay.com

May 31, 2003



Mr. & Mrs. Gene Winter
44 Highland Street
New Haven, CT. 06511

Dear Nancy and Gene,

It is hard to believe we are already at the end of May! We had a very busy season, and now it is time to start the maintenance. We are not yet moved into our new office, but as they say here "soon come".

We are holding a two bedroom house for you for arrival March 3 to departure on March 20, 2004 at the rate of $1775.00 per week, plus 7 % Govt. Tax. To reconfirm and hold this reservation, we request a deposit of $1060.00. Please send the deposit to us at the following address: GUAVABERRY SPRING BAY, c/o RUSH IT, INC., BOX 11156, ST. THOMAS, VI. 00801. As always, we thank you for your prompt response.

Please do remember, you need to have FULL proof of citizenship for entry into the BVI, ie. Passport, or birth certificate with extra picture i.d.

The BVI is having elections in just over two weeks. The mud slinging is in full force, and election campaigning is on every radio station. There's no getting away from it.

We trust all is well with you, and we look forward to hearing from you soon.

Sincerely,

Tina and Ludwig Goschler

Enc.

"the change of pace place"

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing DECLARATION OF GENE S. WINTER is being served this 17th day of February, 2004 via facsimile and first class mail, postage prepaid to:

Michael G. Cooksey, Esq.
Cooksey & Cooksey, P.A.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Facsimile: (303) 860-0102

And by first class mail only to:

Karen A. Moreno
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499

Matthew J. Becker
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

2/17/04

3