IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC. | ) |
| Plaintiff | ) |
| | ) Civil Action No. 00 CV 1364(AVC) |
| v. | ) |
| NETSHIFT SOFTWARE, LTD. and AUTOMOBILE CLUB OF HARTFORD and MONTEGONET LLC, | ) |
| Defendants/Counter-Claimants. | ) |

## MOTION TO EXTEND TRIAL DATE

Plaintiff's undersigned counsel requests that this Court delay trial until June, 2004. Attached hereto is a Declaration of Plaintiff's lead counsel, Gene S. Winter, attesting to the reason for the several month delay of trial.

Defendants have not agreed to the requested extension, and rather sought a substantive stipulation in favor of their position in exchange for their agreement. Therefore, this motion is necessary.

The extension is requested for the reasons set forth in the attached Declaration.

1. Lead counsel, the undersigned Gene S. Winter, is the only counsel familiar with the case and able to try the case. The undersigned has been lead

FILED

3:00CV1364(AVC). February 18, 2004. The plaintiff's motion for a continuance of jury selection (document no. 141) is GRANTED. Jury selection shall be held on June 3, 2004 at 10:00 a.m.
SO ORDERED.

Alfred V. Covello, U.S.D.J.