IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC.<br><br>Plaintiff<br><br>v.<br><br>NETSHIFT SOFTWARE, LTD. and<br>AUTOMOBILE CLUB OF HARTFORD<br><br>Defendants/Counter-Claimants. | )<br>)<br>)<br>) Civil Action No. 00 CV 1364(AVC)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DEFENDANTS' UPDATED FINANCIAL INFORMATION AND SOFTWARE

Netkey, Inc. filed a Motion to Compel Production of Defendants' Updated Financial Information And Software on January 21, 2004 (Dkt. No.137).

Subsequent to the Motion to Compel, Defendants have either produced the updated documents and/or have agreed to produce these documents in the very near future. Thus, Netkey, Inc. hereby withdraws its Motion to Compel Production of Defendants' Updated Financial Information And Software without prejudice to renewing the Motion if Defendants do not promptly provide the requested documents, as agreed between the parties.

Respectfully submitted,

2/18/04
Date

Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DEFENDANTS' UPDATED FINANCIAL INFORMATION AND SOFTWARE** is being served this 18th day of February, 2004, first class mail, postage prepaid to:

> Michael G. Cooksey, Esq.
> Cooksey & Cooksey, P.A.
> 1700 Broadway, Suite 1700
> Denver, Colorado 80290
> Facsimile: (303) 860-0102

And by first class mail only to:

> Karen A. Moreno
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, Connecticut 06103-3499

> Matthew J. Becker
> Catherine Dugan O'Connor, Esq.
> Day, Berry & Howard LLP
> One Canterbury Green
> Stamford, CT 06901

2/18/04