```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


                      JURY SELECTION CALENDAR

              HONORABLE ALFRED V. COVELLO, U.S.D.J.
                         450 MAIN STREET
                            HARTFORD
                      COURTROOM #1 - ANNEX
```

**June 3, 2004**

```
                           10:00 a.m.
```

RESCHEDULED FROM 1/15/04 & 3/11/04

CASE NO. **3:00cv1364(AVC) Netkey, Inc. v. Netshift Software, et al**

| | |
|---|---|
| Matthew J. Becker | Karen A. Moreno |
| Day, Berry & Howard | Day, Berry & Howard |
| Cityplace | Cityplace |
| Hartford, CT 06103-3499 | Hartford, CT 06103-3499 |
| | |
| | Catherine Dugan O'Connor |
| Michael G. Cooksey | Day, Berry & Howard |
| Cooksey & Cooksey | One Canterbury Green |
| 1700 Broadway | Stamford, CT 06901-2047 |
| Suite 1700 | |
| Denver, CO 80290 | Gene S. Winter |
| | St. Onge, Steward, Johnston & Reens |
| Helen M. Limoncelli | 986 Bedford St. |
| St. Onge, Steward, Johnston & Reens | Stamford, CT 06905-5619 |
| 986 Bedford St. | |
| Stamford, CT 06905-5619 | |

```
                                    BY ORDER OF THE COURT

                                    KEVIN F. ROWE, CLERK
```