IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 22  A 11: 10

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NETKEY, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NETSHIFT SOFTWARE, LTD., <br> AUTOMOBILE CLUB OF HARTFORD, <br> MONTEGONET, LLC, <br><br> Defendants/Counter-Claimants. | CASE NUMBER: 3:00 CV 1364 (AVC) <br><br><br><br><br><br><br><br><br><br> March 19, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE RE: BURDEN OF PROOF

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending until Monday, March 29, 2004, the deadline date for the filing their REPLY IN SUPPORT OF DEFENDANTS' *MOTION IN LIMINE RE: BURDEN OF PROOF*. As grounds, Defendants state as follows:

1. Defendants' above-referenced reply is due for filing with the Court on Monday, March 22, 2004.

2. Undersigned counsel for the Defendants has spent ther past couple days in the hospital with a minor illness, and has been unable to prepare and file the reply on Defendants' behalf.

3. Therefore, counsel for Defendants respectfully requests an extension of the March 22, 2004 deadline up through and including Monday, March 29, 2004.

4. Defendants respectfully submit that no party will be prejudiced by this short extension, if granted, as trial will not begin until jury selection, on June 3, 2004. Moreover, the requested extension is not being requested for delay purposes.

5. Undersigned counsel for Defendants attempted to confer with Plaintiff's counsel, Gene S. Winter, before the filing of this motion, but was unable to reach him.

Therefore, it is not known whether Mr. Winter will object to this motion.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request an Order from this Court extending to up through and including Tuesday, June 17, 2003, the deadline for filing their REPLY IN SUPPORT OF DEFENDANTS' *MOTION IN LIMINE RE: BURDEN OF PROOF*.

**DATED** March 19, 2004.

Respectfully submitted,

**COOKSEY & COOKSEY, P.A.**

By _____
Michael G. Cooksey, Esq.
(Ct 21024)
1700 Broadway, Suite 1700
Denver, Colorado 80290
(303) 860-0101
ATTORNEYS FOR THE DEFENDANTS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2004, a true and correct copy of the foregoing **DEFENDANTS' AGREED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE RE: BURDEN OF PROOF** was placed in the U.S. Mail, postage prepaid and addressed to:

Clerk of the U.S. District Court          (by Federal Express, Tracking No. 842169166607)
District of Connecticut
450 Main Street
Hartford, CT 06103

Gene S. Winter, Esq.
ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

Matthew J. Becker, Esq.
DAY, BERRY & HOWARD, LLP
City Place I
Hartford, CT 06103-3499

_____