IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 22 A 11: 10
DISTRICT COURT
HARTFORD, CT.

NETKEY, INC.,
a Delaware Corporation,

    Plaintiff,

vs.

NETSHIFT SOFTWARE, LTD.,
AUTOMOBILE CLUB OF HARTFORD,
MONTEGONET, LLC,

    Defendants/Counter-Claimants.

CASE NUMBER: 3:00 CV 1364 (AVC)

March 19, 2004

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE RE: BURDEN OF PROOF

Defendant, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending until Monday, March 29, 2004, the deadline date for the filing their REPLY IN SUPPORT OF DEFENDANTS' *MOTION IN LIMINE RE: BURDEN OF PROOF*. As grounds, Defendants state as follows:

1. Defendants' above-referenced reply is due for filing with the Court on Monday, March 22, 2004.

2. Undersigned counsel for the Defendants has spent the past couple days in the hospital with a minor illness, and has been unable to prepare and file the reply on Defendants' behalf.

3. Therefore, counsel for Defendants respectfully requests an extension of the March 22, 2004 deadline up through and including Monday, March 29, 2004.

4. Defendants respectfully submit that no party will be prejudiced by this short extension, if granted, as trial will not begin until jury selection, on June 3, 2004. Moreover, the requested extension is not being requested for delay purposes.

5. Undersigned counsel for Defendants attempted to confer with Plaintiff's counsel, Gene S. Winter, before the filing of this motion, but was unable to reach him.

March 24, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.