UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NETKEY, INC., :
  Plaintiff, :
:
v. : Civil No. 3:00CV1364 (AVC)
:
NETSHIFT SOFTWARE, LTD., :
AUTOMOBILE CLUB OF HARTFORD, :
AND MONTEGONET LLC. :
  Defendants. :

## ORDER TO DEFENDANTS TO PROVIDE PROPOSED JURY INSTRUCTIONS

This is an action for damages and equitable relief, brought pursuant to 35 U.S.C. §§ 271 and 281. The plaintiff, Netkey, Inc. ("Netkey"), alleges that the defendants, Netshift Software, LTD. ("Netshift"), Automobile Club of Hartford ("ACH") and Montegonet, LLC., have infringed on two of the its patents.

On May 2, 2002, in accordance with the court's pretrial order, the parties filed their pretrial memorandum, which included proposed jury instructions. In their pretrial memorandum, the parties indicated that there was a dispute regarding the proposed jury instructions as they relate to the issue of advice of counsel when considering willful infringement. The parties further indicated that they would file separate proposed jury instructions on that issue. On March 3, 2004, the plaintiff submitted proposed jury instructions with regard to the issue of advice of counsel when considering willful infringement. Jury selection in this matter is currently scheduled for June 14, 2004. However, the defendants have failed to file any proposed jury instructions as of this date. Therefore, the court hereby

orders that the defendants shall have to an including May 20, 2004 to file their proposed jury instructions with regard to the issue of advice of counsel when considering willful infringement.

It is so ordered this _30th_ day of April, 2004, at Hartford, Connecticut.

Alfred V. Covello,
United States District Judge