```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                             REVISED
                     JURY SELECTION CALENDAR

              HONORABLE ALFRED V. COVELLO, U.S.D.J.
                         450 MAIN STREET
                            HARTFORD
                     COURTROOM #1 - ANNEX
```

**June 14, 2004**

10:00 a.m.

RESCHEDULED FROM 1/15/04 & 3/11/04 & 6/3/04

CASE NO. **3:00cv1364(AVC) Netkey, Inc. v. Netshift Software, et al**

| | |
|---|---|
| Matthew J. Becker<br>Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499 | Karen A. Moreno<br>Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499 |
| Michael G. Cooksey<br>Cooksey & Cooksey<br>1700 Broadway<br>Suite 1700<br>Denver, CO 80290 | Catherine Dugan O'Connor<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford, CT 06901-2047 |
| Helen M. Limoncelli<br>St. Onge, Steward, Johnston & Reens<br>986 Bedford St.<br>Stamford, CT 06905-5619 | Gene S. Winter<br>St. Onge, Steward, Johnston & Reens<br>986 Bedford St.<br>Stamford, CT 06905-5619 |

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK