IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 21  A 11: 38

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NETKEY, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 00 CV 1364(AVC) |
| | ) |
| | ) |
| NETSHIFT SOFTWARE, LTD. and | ) |
| AUTOMOBILE CLUB OF HARTFORD | ) |
| and MONTEGONET LLC, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

### NETKEY'S REQUEST FOR ADOPTION OF JURY INSTRUCTION CONCERNING ADVICE OF COUNSEL WHEN CONSIDERING WILLFULL INFRINGEMENT

Netkey, Inc. ("Netkey") previously submitted a proposed Jury Instruction Concerning Advice of Counsel When Considering Willful Infringement (Doc. 151). As no responsive instruction has been submitted by Defendants, Netkey respectfully requests the Court enter Netkey's proposed Jury Instruction by default.

When jury instructions were filed as part of the Joint Trial Memorandum, there was a dispute as to the instruction on willful infringement, specifically, relating to advice of counsel and opinions that were not produced by Defendants. The parties were to then submit alternative instructions.    (See Joint Trial Memorandum (Doc. 69), Exhibit C, p. 47).  On March 3, 2004, Plaintiff submitted the proposed Jury Instruction and requested it be incorporated into the existing jury instructions so that they may be finalized as a whole.

Alfred V. Covello, U.S.D.J.

Filed 4/29/2004

FILED  2004 MAR 28  P 4: 28  U.S. DISTRICT COURT  HARTFORD, CT.

May 28, 2004. DENIED.
SO ORDERED.