

153

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NETKEY, INC.                              )
                                          )
Plaintiff                                 )
                                          )
v.                                        ) Civil Action No. 00 CV 1364(AVC)
                                          )
NETSHIFT SOFTWARE, LTD.,                  )
AUTOMOBILE CLUB OF HARTFORD,              )
MONTEGONET, LLC,                          )
                                          )
Defendants/Counter-Claimants.             )

### PLAINTIFF'S MOTION TO EXCLUDE TIMOTHY DAW AS AN EXPERT WITNESS

Plaintiff Netkey, Inc. ("Netkey") hereby moves this Court for an Order to exclude Timothy Daw as an expert witness for the reasons stated below.

**I.   The Court Should Exclude Timothy Daw Should From Testifying As An Expert**

The district court may make pretrial rulings on the admissibility of expert testimony. Fed.R.Civ.P. 16(c)(4); see also Fed.R.Ev. 104(a) (The court may hold a preliminary hearing on admissibility of evidence.) In *Kumho Tire Co. v. Carmichael*, 119 S.Ct. 1167 (1999), and *Daubert v. Merrell Dow Pharms., Inc.* 509 U.S. 579 (1993), the Supreme Court directed that district judges act as "gatekeepers" for all expert testimony by evaluating whether the offered testimony is relevant and reliable enough to be presented to the jury. Upon

3:00CV1364(AVC). May 27, 2004. The plaintiff's motion to exclude the defendants' expert witness (document no. 153) is DENIED without prejudice to its renewal at the time of trial.
SO ORDERED.

Alfred V. Covello, U.S.D.J