IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR -8 P 2: 47

| | |
|---|---|
| NETKEY, INC.,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NETSHIFT SOFTWARE, LTD.,<br>AUTOMOBILE CLUB OF HARTFORD,<br>MONTEGONET, LLC,<br><br>Defendants/Counter-Claimants. | CASE NUMBER: 3:00 CV 1364 (AVC)<br><br><br><br><br><br><br><br><br><br>March 5, 2004 |

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S *MOTION TO EXCLUDE* TIMOTHY DAW AS
AN EXPERT WITNESS, AND MOTION TO STRIKE SAME; AND
CROSS-MOTION TO STRIKE PLAINTIFF'S EXPERT, DR. SAYWARD**

Defendants, Netshift Software Ltd., Automobile Club of Hartford, and MontegoNet, LLC (hereinafter, collectively, "Defendants"), by and through their undersigned counsel, hereby respond to Plaintiff's "*Motion to Exclude Timothy Daw as an Expert Witness*". Defendants also cross-move, for an Order striking Plaintiff's expert, Dr. Sayward. Defendants state as follows:

1. The dispositive motion deadline in this case, set forth in the Court's Amended Scheduling Order, has passed long ago. That did not stop Plaintiff from filing its instant *Motion to Exclude* Defendants' expert, Timothy Daw. Clearly, the motion, if the Court were to entertain and grant it, would be dispositive in nature, as Defendants would be left with no technical expert heading into trial. Therefore, the motion is grossly untimely and should be denied for that reason, in addition to the others stated below. Defendants hereby respectfully move this Court for an order striking the

```
3:00CV1364(AVC).  May 27, 2004.  The defendants' motion to exclude
the plaintiff's expert witness (document no. 154) is DENIED without
prejudice to its renewal at the time of trial.
SO ORDERED.
                    Alfred V. Covello, U.S.D.J
```