*00 CV 1364 mrecon*

*142*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

NETKEY, INC.                               )
                                           )
Plaintiff                                  )
                                           ) Civil Action No. 00 CV 1364(AVC)
v.                                         )
                                           )
NETSHIFT SOFTWARE, LTD. and                )
AUTOMOBILE CLUB OF HARTFORD                )
and MONTEGONET LLC,                        )
                                           )
Defendants/Counter-Claimants.              )

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF '071 PATENT CLAIM CONSTRUCTION ON GROUNDS OF CLEAR ERROR

Pursuant to Rule 7(c) of the Local Rules for the United States District Court for the District of Connecticut, Plaintiff requests reconsideration of the Court's January 31 Ruling on Claim Construction as it pertains to the '071 Patent.

Please take further notice that in support of the motion, Plaintiff will rely upon the within Memorandum of Law with attached Exhibits.

Respectfully submitted,

2/13/04
Date

Gene S. Winter, ct05137

U.S. DISTRICT COURT
· HARTFORD, CT.

3:00CV1364(AVC).  June 11, 2004.  This matter having been reported
settled, the plaintiffs's motion for reconsideration (document no.
142) is DENIED as moot.
SO ORDERED.                                        U.S. D.J.

FILED  2004 JUN 14