IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 00 CV 1364(AVC) |
| v. | ) |
| | ) |
| NETSHIFT SOFTWARE, LTD., | ) |
| AUTOMOBILE CLUB OF HARTFORD, | ) |
| MONTEGONET, LLC, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

## JOINT MOTION TO DISMISS AUTOMOBILE CLUB OF HARTFORD AND MONTEGONET, LLC WITH PREJUDICE

Pursuant to the Consent Judgment And Injunction, the parties hereby request that the Court dismiss the case as to Automobile Club of Hartford and Montegonet, LLC with prejudice.

_1 July 04_
Date

Respectfully submitted,

By: _/s/ Gene S. Winter_
Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Plaintiff

June 29, 2004
Date

By: _Catherine O'Connor_
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301

Attorneys for Defendants

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing JOINT MOTION TO DISMISS AUTOMOBILE CLUB OF HARTFORD AND MONTEGONET, LLC WITH PREJUDICE is being served this 1st day of ~~June~~ July, 2004 via facsimile and first class mail, postage prepaid to:

Michael G. Cooksey, Esq.
Cooksey & Cooksey, P.A.
1700 Broadway, Suite 1700
Denver, Colorado  80290
Facsimile: (303) 860-0102

And by first class mail only to:

Matthew J. Becker
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901

7/1/04
Date