IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NETKEY, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 00 CV 1364(AVC) |
| v. | ) |
| | ) |
| NETSHIFT SOFTWARE, LTD., | ) |
| AUTOMOBILE CLUB OF HARTFORD, | ) |
| MONTEGONET, LLC, | ) |
| | ) |
| Defendants/Counter-Claimants. | ) |

**CLARIFICATION OF CONSENT JUDGMENT**

The Court has requested clarification of the word "Licensee" in the "Consent Judgment And Injunction". The parties understand that the word "Licensee" refers to NetShift Software Ltd. and requests that the Court make the appropriate change.

_1 July 04_
Date

Respectfully submitted,

By: _____
Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Plaintiff

_June 29, 2004_
Date

By: _Catherine O'Connor_
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing CLARIFICATION OF CONSENT JUDGMENT is being served this 1st day of ~~June~~ July, 2004 via facsimile and first class mail, postage prepaid to:

Michael G. Cooksey, Esq.
Cooksey & Cooksey, P.A.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Facsimile: (303) 860-0102

And by first class mail only to:

Matthew J. Becker
Catherine Dugan O'Connor, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901

7/1/04
Date                    [signature]