IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUL -2 A 11: 36
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NETKEY, INC. </br></br>Plaintiff </br></br>v. </br></br>NETSHIFT SOFTWARE, LTD., </br>AUTOMOBILE CLUB OF HARTFORD, </br>MONTEGONET, LLC, </br></br>Defendants/Counter-Claimants. | ) </br>) </br>) </br>) Civil Action No. 00 CV 1364(AVC) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

## JOINT MOTION TO DISMISS AUTOMOBILE CLUB OF HARTFORD AND MONTEGONET, LLC WITH PREJUDICE

Pursuant to the Consent Judgment And Injunction, the parties hereby request that the Court dismiss the case as to Automobile Club of Hartford and Montegonet, LLC with prejudice.

Date  1 July 04

Respectfully submitted,

By: _____
Gene S. Winter, ct05137
Helen M. Limoncelli, ct24332
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Plaintiff

FILED
2004 JUL 12 P 3:41
U.S. DISTRICT COURT
HARTFORD, CT.

July 12, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.